TDCJ Offender Details     83,182-01     Page 1 of 2



**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**    TDCJ Home    New Offender Search

# Offender Information Details

> Return to Search list

| | |
|---|---|
| **SID Number:** | 06883734 |
| **TDCJ Number:** | 01959286 |
| **Name:** | PARRISH,BENJAMIN |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1988-01-05 |
| **Maximum Sentence Date:** | 2016-05-19 |
| **Current Facility:** | GIST |
| **Projected Release Date:** | 2016-05-19 |
| **Parole Eligibility Date:** | 2014-08-12 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

> **Parole Review Information**

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2005-07-24 | BURG OF HABIT W/IC THEFT | 2006-04-20 | HARRIS | 1035016 | 3-00-00 |
| | | | | | |